IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH DISCORD EMAIL ACCOUNTS KLANKILLER21@GMAIL.COM, DRIFTYSKY246@GMAIL.COM, and MILLERDONOVAN23@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY DISCORD INC. | Case No. 3:23mj283/ZCB<br><br>Filed Under Seal |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Eric Eick, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information associated with a certain DISCORD INC. (DISCORD) accounts that is stored at premises owned, maintained, controlled, or operated by DISCORD, a messaging platform based in San Francisco, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require DISCORD to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the user IDs.


RCVD USDC FLND PN
SEP 28 '23 PM 1:05

2. Your affiant is a Special Agent (SA) with Homeland Security Investigations (HSI) assigned to the office of the Resident Agent in Charge (RAC), Pensacola, Florida, and has been employed by HSI since April 2009. Prior to this assignment, I was assigned to the office of HSI RAC, Tallahassee, Florida, from January 2018 to November 2019, and HSI RAC, Albany, Georgia, from July 2009 to January 2018. Your affiant has completed the Criminal Investigator Training Program and HSI Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia. As a Special Agent, I am responsible for enforcing federal criminal statutes, including online sexual exploitation and pornography, enticement, and sex trafficking of children, pursuant to Title 18, United States Code, Sections 2422, 2251, 2252A, 1591, and 1470. I have received training and actual experience relating to federal criminal procedure, federal statutes, and HSI regulations.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 2252 and 2252A, receipt and possession of child

2

pornography, have been committed by Donovan Whidden. Other Homeland Security Investigations Special Agents and I are currently conducting a joint investigation with the Pensacola Police Department (PPD) and the Escambia County Sheriff's Office (ECSO) regarding this matter.

5. There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## **PROBABLE CAUSE**

6. On September 9, 2023, the PPD received two CyberTips (numbers 173477601 and 173477602) from the National Center for Missing and Exploited Children (NCMEC). The images provided in the CyberTips were initially viewed by the Electronic Service Provider (ESP) and then by PPD Investigator Kelly Slater. Both CyberTips were provided by DISCORD (a chat/instant messaging platform) for activity that took place on or about September 6, 2023, by user **driftsky246@gmail.com** (with associated telephone number 850-903-2854). Thereafter, Investigator Kelly discovered two additional NCMEC CyberTips (numbers 163070650 and 163070651) from May 31, 2023, that were also provided by DISCORD and appeared to be linked to the same subject of investigation via associated telephone number 850-903-2854 (user **klankiller21@gmail.com**). The

images provided in these CyberTips were also initially viewed by the Electronic Service Provider (ESP) prior to PPD's involvement. The images within the NCMEC Cybertips contained child pornography.

7. Upon searching the telephone number (850-903-2854) provided by NCMEC through investigative resources, it was identified as belonging to Donovan Whidden. Whidden is a registered sex offender and is currently under supervision by the Florida Department of Corrections. Whidden was arrested in 2020 for violations pertaining to Sexual Battery (Under the Age of 12), Promoting Sexual Performance, and Lewd/Lascivious Molestation on a Child (Under the Age of 12). Based on the arrest report, Whidden sexually battered a minor of approximately 4 years of age and manufactured images while battering the minor. For these offenses, Whidden received 5 years of state supervised probation.

8. Per the Florida Department of Corrections website, Whidden's residential address is 502 Lynch Street, Pensacola, Florida 32505. This matches Whidden's address listed in the Florida Drivers and Vehicle Information Database (DAVID).

9. Contact was made with Whidden's probation officer, Derris Fountain, who confirmed Whidden's address of 502 Lynch Street Pensacola, Florida 32505, as well as his phone number (850-903-2854) and email address (**driftsky246@gmail.com**). This email address and phone number, as noted above,

match a suspect email address account user name and phone number provided by the ESP.

10. Investigator Slater applied for and received a search warrant for 502 Lynch Street, Pensacola, Florida 32505, based upon the above noted information as well as a legal process response from Cox Communications linking an Internet Protocol Address utilized by **klankiller21@gmail.com** to the instant conduct.

11. On September 13, 2023, the search warrant was executed by the Internet Crimes Against Children Task Force, to include multiple state and federal agencies, at 502 Lynch Street, Pensacola, Florida 32505. Two supervisors from the Florida Department of Corrections Probation Services also assisted with the execution of the search warrant.

12. During the execution of the search warrant, Whidden was encountered and consented to talk to investigators. During a post-*Miranda* interview, Whidden admitted he used DISCORD off and on since 2015. In regard to activity related to 2023, Whidden admitted he utilized a DISCORD account with the email address **klankiller21@gmail.com** from January 2023 to approximately August 2023, when he was banned due to child pornography he uploaded. The email address **klankiller21@gmail.com** matches the email utilized for the NCMEC CyberTips received on May 31, 2023. The dates, January to August, Whidden claimed he

utilized the **klankiller21@gmail.com** account, also match when the DISCORD account was reported to law enforcement.

13.   When DISCORD bans an account due to inappropriate material, DISCORD will not allow the user to create another account utilizing the same email address as the account that had been banned. To circumvent that problem, Whidden stated he created a new email address account for DISCORD, **driftysky246@gmail.com**. With this email address, he created a new DISCORD account. Whidden explained he was recently banned again due to child pornography he uploaded on that account. This admission matched the NCMEC CyberTips from September 6, 2023. Whidden also advised when that account was banned, he created a new DISCORD account within the prior six days. The email address for that DISCORD account utilized **millerdonovan23@gmail.com**.

14.   When asked if images and videos of child pornography would be located on his phone, Whidden stated "no" because he deleted the images he had uploaded to DISCORD, along with approximately twenty (20) to thirty (30) other images and videos of child pornography he had saved to his "MEGA account." Donovan said that when he deleted the material from his MEGA account, he also emptied the trash, therefore making it difficult to recover the images and videos.

15. Whidden stated he would upload child pornography to DISCORD to seek out and illicit images and videos of child pornography from other users. When he would receive the child sexual abuse material, he would then save it to his MEGA account. When asked for the login credentials to his MEGA account, Whidden stated his account ID would be one of the above email addresses he used for DISCORD. He then provided passwords for his MEGA account to law enforcement, which would allow access into his MEGA account. Your affiant served legal process on MEGA and was able to confirm that **klankiller21@gmail.com** is an account with MEGA (and said MEGA account maintains Whidden's matching telephone number noted above). Letters have been sent to both DISCORD and MEGA to preserve the contents of Whidden's accounts.

16. During the on-site triage of Whidden's iPhone, an image depicting child pornography was located. The image was of a naked prepubescent female lying face down with an adult penis touching her vagina. A duplicate of the image was also located but with the background altered. This is commonly seen when perpetrators are attempting to remove the background features so the location of where the sexual abuse took place cannot be determined.

17. During a search of Whidden's room, a second cell phone was discovered in his trashcan. Whidden explained that was his first cell phone when

he entered the probation program, but he had recently factory reset it. When asked why it was in the trash can, Whidden said he threw it in the trash can when he heard law enforcement knocking and announcing their presence for the search warrant.

18. DISCORD is a messaging platform wherein millions of users from around the world connect with each other through chat, voice, and video. DISCORD has both a desktop (PC, Mac, Linux) application and a mobile (iOS, Android) application, and the service can also be accessed from the website directly at www.discordapp.com.

19. In order to use the services, users need to create an account by selecting a username. Once they've made their account, users can create a server and invite their friends to join it with an invite link, or they can join an existing server. Servers are broken down into sub-categories or "channels" where users can connect with each other by either chatting or calling. Users can also communicate through direct messages, which are private chats created between 1-10 users.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

20. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require DISCORD to disclose to the

8

government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## **CONCLUSION**

21. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

22. Because the warrant will be served on DISCORD, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

23. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

24. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## REQUEST FOR SEALING

25. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

_____
Eric Eick
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on September 28, 2023.

_____
ZACHARY C. BOLITHO
UNITED STATES MAGISTRATE JUDGE